*JS-6*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 13-1125-GW(AJWx) | Date | September 17, 2013 |
|---|---|---|---|
| Title | *Surat Singh v. Bank of America, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**  RULING ON DEFENDANT BANK OF AMERICA, N.A.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6) [11]

Defendant Bank of America, NA ("Defendant") moves to dismiss this action both by way of Colorado River[1] abstention and because of defects it perceives in the allegations supporting the claims which plaintiff Surat Singh ("Plaintiff") raises in connection with his Complaint.  The Court advances and vacates the September 23, 2013, hearing set for resolution of this motion, and instead rules on the papers.

Although the Court might question whether Colorado River abstention is appropriate in the circumstances of this case, see Colorado River Water Conservation Dist. v. United States, 424 U.S. 800, 813, 817-18 (1976), Plaintiff – though represented by counsel – has not opposed the motion.  Local Rule 7-12 of this Court provides, in part, that "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."  C.D. Cal. L.R. 7-

---

[1] *Colorado River Water Conservation Dist. v. United States*, 424 U.S. 800 (1976).

:

Initials of Preparer   JG

*JS-6*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 13-1125-GW(AJWx) | Date | September 17, 2013 |
|---|---|---|---|
| Title | *Surat Singh v. Bank of America, et al.* | | |

12.[2]  Accordingly, the Court considers Plaintiff to have consented to dismissal of the action.  The Court therefore dismisses Plaintiff's action with prejudice, except insofar as he seeks to add his allegations in this action to his currently-pending state court proceeding.

---

[2] Though ordered to provide an electronic form of his Complaint, *see* Docket No. 10, Plaintiff failed to do so and, hence, this Court does not have a copy of said complaint.  His failure would have made it impos-sible to rule on the "merits" of this motion had he actually opposed the motion.

:  _____

Initials of Preparer    JG